# EXHIBIT 2



U.S. Department of Homeland Security
9901 Pacific Highway
Blaine, WA 98230

**U.S. Customs and Border Protection**

April 18, 2025

Douglas Cowgill
Cross Border Visas, U.S. Business Immigration Lawyers
808 Nelson St., Floor 17
Vancouver, B.C., Canada, V6Z 2H2
dcowgill@crossbordervisas.com

SUBJECT: *Request to Vacate Expedited Removal Order dated October 4, 2024 for Aaron George McKellar, A#* ▬▬▬▬▬

Dear Mr. Cowgill,

We are in receipt of your correspondence concerning the expedited removal of your client, Mr. Aaron George McKellar (A# ▬▬▬▬▬), on October 4, 2024 pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality (INA), as amended.

In accordance with INA § 235(b)(1), an arriving non-citizen who is inadmissible under INA § 212(a)(6)(C) or INA § 212(a)(7) shall be ordered removed from the United States without further hearing. Under the INA and implementing regulations, there is no prescribed mechanism for CBP to reopen, reconsider, or vacate an expedited removal order. In certain cases, CBP can, solely in its discretion, vacate an expedited removal where information comes to its attention that it believes warrants such action.

In my discretionary authority as (Acting) Area Port Director for the Area Port of Blaine, Washington, I have conducted a full review of your client's case. After careful review and consideration of this matter, it is my decision to vacate the Order of Expedited Removal in this case. Accordingly, CBP will update its records to reflect that McKellar's Expedited Removal Order was vacated and his departure to reflect a request to withdraw his application for admission.

If you require further assistance, please contact (Acting) Area Port Director Shivonne Van Wessem at 360-332-8511.

Sincerely,

*[signature]*

Shivonne Van Wessem
(Acting) Area Port Director
Blaine, Washington