# EXHIBIT 3



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### WITHDRAWAL OF APPLICATION FOR ADMISSION/CONSULAR NOTIFICATION

**Basis for Action (Check all that apply):**

- [x] Application for Admission Withdrawn
- [ ] Visa/BCC Canceled
- [ ] VWP Refusal
- [ ] Ordered removed (inadmissible) by immigration judge - Section 235(b)(2) (order attached)
- [ ] Ordered removed (inadmissible) by DHS - Section 235(b)(1) (order attached)
- [ ] Waiver revoked (212(d)(3)) (order attached)
- [ ] Departure required (8 CFR 240.25) (Form I-213 attached)

**SIGMA Event:** [redacted]  
**File No:** [redacted]  
**Date:** 04/29/2025

**Notice to:** American Consul — Vancouver, British Columbia, Canada (Location)  
**From:** DHS — Vancouver International Airport (Location)

**Name (Family, Given, Middle):** MCKELLAR, AARON GEORGE

**Citizenship:** CANADA  
**Country of Birth:** SURREY, BRITISH COLUMBIA, CANADA  
**Date of Birth:** [redacted]

**Complete Foreign Mailing Address (Street Address, City, Country):** [redacted]

**Complete U.S. Address (Street Address, City, State, Zip):** [redacted]

**Airline/Vessel of Arrival:** AIR CANADA, Flt#: 1058  
**Port of Arrival:** Vancouver International Airport  
**Date of Arrival:** 04/29/2025

**Visa Number/Type:** None  
**Date/Place of Visa Issuance:** None  
**Social Security Number:** None

**Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent document):**

WD

On April 29, 2025, subject Aaron George MCKELLAR (D.O.B: [redacted]) applied for entry into the United States at Vancouver International Airport Preclearance. Subject presented a valid Canadian Passport with [redacted] to the primary Customs and Border Protection Officer and was referred to passport control secondary for further questioning.

Mr. MCKELLAR was placed under oath and sworn statement was taken. After review of subject's sworn statement it was determined that subject was inadmissible into the United States.

At the time of his application for admission Aaron George MCKELLAR was inadmissible to the United States pursuant to Section 212(a)(2)(C)(i) (Trafficker in Controlled Substance) and 212(a)(7)(A)(i)(I) (Immigrant without documents). Subject was processed for a WD with the approval of [redacted] and the concurrence of [redacted].

*(Continue on reverse or attach separate sheet, as needed)*

**Officer's Name and Title:** [redacted] — CBP OFFICER  
**Officer's Signature:** [redacted] *Digitally Acquired Signature*

**Supervisor's Name and Title:** [redacted] — SUPERVISORY CBP OFFICER  
**Supervisor's Signature:**

CBP Form I-275 (7/22)                                                                 Page 1 of 2

**TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION IS WITHDRAWN.**

I understand that my admissibility is questioned for the above reasons, which I have read or which have been read to me in the _____ENGLISH_____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility:

☐ by a CBP Officer
☒ in removal proceedings before an immigration judge.

04/29/2025          REFUSED TO SIGN
Date          Signature of Alien

*Digitally Acquired Signature*

## INSTRUCTIONS

Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.122 or a Border Crossing Card is voided under authority of 22 CFR 41.32 or 8 CFR 212.6, forward a copy of CBP Form I-275 to consular post that issued the canceled or voided document.

When forwarding to consular post, attach:
- Any lifted document
- Relating Form I-213 or I-862 (Notice to Appear)
- Relating removal or waiver revocation order
- Any relating memorandum report or sworn statement