**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. GARY S. KATZMANN**

-----------------------------------------------------------------X

**ETEROS TECHNOLOGIES USA, INC.,**

      **Plaintiff,**

      *v.*                                    Case No. 25-cv-36-GSK

**UNITED STATES OF AMERICA,**

      **Defendant.**

-----------------------------------------------------------------X

# ORDER

Upon reading and considering defendants' motion to dismiss, plaintiff's response thereto, and upon due deliberation, it is hereby–

**ORDERED**, that defendants' motion be, and hereby is denied.

**SO ORDERED.**

Dated: _____, 2025
       New York, NY

                                           Hon. Gary S. Katzmann, Judge