**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. GARY S. KATZMANN**

---

**ETEROS TECHNOLOGIES USA, INC.,**

      **Plaintiff,**

      *v.*

**UNITED STATES OF AMERICA,**

      **Defendant.**

Case No. 25-cv-36-GSK

---

## THIRD DECLARATION OF AMANDA JAMES

I, Amanda James, hereby declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge and belief:

1. My name is Amanda James, and I am a Canadian citizen and resident, residing in British Columbia, Canada. I serve as the Director of Strategy and Business Development at Eteros Technologies Inc. ("Eteros Canada"), headquartered in Surrey, British Columbia, and have the same title with Plaintiff, Eteros Technologies USA, Inc. ("Eteros USA").

2. I provide this third declaration in support of Plaintiff's response in opposition to Defendant's motion to dismiss and to supplement my earlier declarations, which were filed in support of Plaintiff's Motion for Expedition. *See e.g.,* ECF 13-3 ("First James Declaration"); ECF 14 ("Second James Declaration"). For the sake of efficiency, I have not repeated the details addressed in my first or second declarations herein, and instead, address in this declaration certain factual developments that have transpired since my second declaration was filed on February 13, 2025.

3. As indicated in my Second Declaration, through counsel, I refiled an L-1A petition with USCIS on October 25, 2024, and USCIS approved the petition on February 11, 2025, acknowledging my executive role and the lawfulness of my employment as detailed in my L-1A application, which clearly identifies my role at Eteros, Eteros's machinery, and its potential use with cannabis.

4. Shortly thereafter, and despite approving the petition, USCIS later issued a Notice of Intent to Revoke ("NOIR") pursuant to 8 C.F.R. § 214.2(l)(9)(iii)(A)(5), asserting that the initial approval may have involved "gross error" due to alleged violations of federal drug laws by Eteros and myself. The NOIR relied on the litigation in *Eteros I*, as well as an unsigned CBP "Sworn Statement" from my June 11, 2024, encounter with CBP at the Port of Blaine, WA, to claim my employment would violate the CSA. Details on that encounter are provided in my first declaration.

5. Eteros submitted a comprehensive response to the NOIR on April 24, 2025, defending the legitimacy of my L 1A employment and addressing each of USCIS's stated concerns. Our response included a legal brief and extensive exhibits, rebutting CBP allegations and providing legal arguments with authorities demonstrating the lawful nature of Eteros's business. The response urges USCIS to withdraw the NOIR and reaffirm my L1A approval.

6. As of the date of this filing, June 6, 2025, the NOIR remains pending and undecided. I have remained in Canada since my June 11, 2024, encounter with CBP.

7. Further declarant sayeth not.

*             *             *

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 6th day of June 2025.

    Location:    Surrey, British Columbia, Canada

Signature: _____
Amanda James
Director of Strategy and Business Development
Eteros Technologies Inc.
Eteros Technologies USA, Inc.